IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELVIN SCOTT**                                                                                          **PLAINTIFF**
**ADC #158250**

v.                                              Case No. 4:20-cv-00833-LPR

**HEFLIN,** *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on September 15, 2020, it is considered, ordered, and adjudged that Plaintiff Elvin Scott's Complaint is dismissed without prejudice. (Doc. 2). This dismissal counts as a "strike," and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 15th day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE